# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: MOORE, LANEISHA N                           § Case No. 15-09100-JS
                                                   §
                                                   §
                                                   §
Debtor(s)                                          §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

ALEX D. MOGLIA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $780.00                     Assets Exempt: $780.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $511.66      Claims Discharged
                                              Without Payment: $0.00

Total Expenses of Administration: $359.23

3) Total gross receipts of $ 3,088.23 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,217.34 (see **Exhibit 2**), yielded net receipts of $870.89 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 359.23 | 359.23 | 359.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 511.66 | 511.66 | 511.66 |
| **TOTAL DISBURSEMENTS** | $0.00 | $870.89 | $870.89 | $870.89 |

4) This case was originally filed under Chapter 7 on March 13, 2015. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/10/2017     By: /s/ALEX D. MOGLIA
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wells Fargo Bank | 1129-000 | 3,088.23 |
| **TOTAL GROSS RECEIPTS** | | **$3,088.23** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MOORE, LANEISHA N | BANKRUPTCY CASE15-09100 ,MOORE, LANEISHA N DIVIDEND ON ALLOWED CLAIM # SURPLUS of 100.00% | 8200-002 | 2,217.34 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$2,217.34** |

### EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ALEX D. MOGLIA | 2100-000 | N/A | 217.72 | 217.72 | 217.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Adams Levine Surety Bond Agency | 2300-000 | N/A | 1.51 | 1.51 | 1.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $359.23 | $359.23 | $359.23 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC (Hydra3) | 7100-000 | N/A | 510.00 | 510.00 | 510.00 |
| 1I | Atlas Acquisitions LLC (Hydra3) | 7990-000 | N/A | 1.66 | 1.66 | 1.66 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $511.66 | $511.66 | $511.66 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-09100-JS  
**Case Name:** MOORE, LANEISHA N  

**Period Ending:** 04/10/17

**Trustee:** (330260)  ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 03/13/15 (f)  
**§341(a) Meeting Date:** 04/22/15  
**Claims Bar Date:** 08/14/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Wells Fargo Bank | 6,019.00 | 0.00 | | 3,088.23 | FA |
| 2   -  Imported from original petition Doc# 1  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 3   Wells Fargo Savings Acct  Imported from Amended Doc#: 8 | 80.00 | 0.00 | | 0.00 | FA |
| 4   Household furniture  Imported from Amended Doc#: 8 | 350.00 | 0.00 | | 0.00 | FA |
| 5   Everyday clothes  Imported from Amended Doc#: 8 | 350.00 | 0.00 | | 0.00 | FA |
| **5   Assets   Totals** (Excluding unknown values) | **$6,799.00** | **$0.00** | | **$3,088.23** | **$0.00** |

RE PROP# 2    DUPLICATE OF ASSET #1.

**Major Activities Affecting Case Closing:**

HEARING ON FEES AND EXPENSES.

FINAL DISTRIBUTION.

HEARING ON FEES AND EXPENSES.

FINAL DISTRIBUTION.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015   **Current Projected Date Of Final Report (TFR):**   August 4, 2016  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-09100-JS  
**Case Name:** MOORE, LANEISHA N  

**Taxpayer ID #:** **-***6470  
**Period Ending:** 04/10/17  

**Trustee:** ALEX D. MOGLIA (330260)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3966 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/08/15 | {1} | Wells Fargo | Laneishan Moore bank funds | 1129-000 | 3,088.23 | | 3,088.23 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,078.23 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,068.23 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,058.23 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,048.23 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,038.23 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,028.23 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,018.23 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,008.23 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,998.23 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,988.23 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,978.23 |
| 03/02/16 | 101 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #15-09100, Bond Number 10BSBGR6291 Voided on 03/02/16 | 2300-000 | | 1.83 | 2,976.40 |
| 03/02/16 | 101 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #15-09100, Bond Number 10BSBGR6291 Voided: check issued on 03/02/16 | 2300-000 | | -1.83 | 2,978.23 |
| 03/02/16 | 102 | Adams Levine Surety Bond Agency | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2016 FOR CASE #15-09100, Bond Number 10BSBGR6291 for 2016-2017 | 2300-000 | | 1.51 | 2,976.72 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,966.72 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,956.72 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,946.72 |
| 10/05/16 | 103 | ALEX D. MOGLIA | Dividend paid 100.00% on $217.72, Trustee Compensation; Reference: | 2100-000 | | 217.72 | 2,729.00 |
| 10/05/16 | 104 | MOORE, LANEISHA N | BANKRUPTCY CASE15-09100    ,MOORE, LANEISHA N     DIVIDEND ON ALLOWED CLAIM # SURPLUS of 100.00% | 8200-002 | | 2,217.34 | 511.66 |
| 10/05/16 | 105 | Atlas Acquisitions LLC (Hydra3) | Combined Check for Claims#1,1I | | | 511.66 | 0.00 |
| | | | Dividend paid 100.00%     510.00 on $510.00;  Claim# 1; Filed: $510.00 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%     1.66 on $1.66;  Claim# 1I; | 7990-000 | | | 0.00 |

Subtotals :     $3,088.23     $3,088.23

{} Asset reference(s)    Printed: 04/10/2017 08:59 AM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 15-09100-JS
**Case Name:** MOORE, LANEISHA N

**Taxpayer ID #:** **-***6470
**Period Ending:** 04/10/17

**Trustee:** ALEX D. MOGLIA (330260)
**Bank Name:** Rabobank, N.A.
**Account:** ******3966 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $1.66 | | | | |

|  |  |  |  |
|---|---|---|---|
| | ACCOUNT TOTALS | 3,088.23 | 3,088.23 | $0.00 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | Subtotal | 3,088.23 | 3,088.23 | |
| | Less: Payments to Debtors | | 2,217.34 | |
| | NET Receipts / Disbursements | $3,088.23 | $870.89 | |

Net Receipts :                3,088.23
Less Payments to Debtor :     2,217.34
                              _____
Net Estate :                   $870.89

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******3966** | 3,088.23 | 870.89 | 0.00 |
| | $3,088.23 | $870.89 | $0.00 |

{} Asset reference(s)                                                             Printed: 04/10/2017 08:59 AM    V.13.30